UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81354-CIV-MARRA/BRANNON

GLORIA COOTS BALDWIN, et al.,

    Plaintiffs,

vs.

EMI FEIST CATALOG, INC.,

    Defendant,
_____/

## JUDGMENT

This cause is before the Court upon the separately entered order granting Defendant's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction (DE 12).

Judgment is hereby entered on behalf of Defendant EMI Feist Catalog, Inc., and against Plaintiffs Gloria Coots Baldwin, Patricia Bergdahl, Robin Coots and Christine Palmitessa. The action is dismissed for lack of personal jurisdiction without prejudice to Plaintiffs seeking a ruling on the merits in a court with proper jurisdiction.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 10th day of December, 2012.

_____
KENNETH A. MARRA
United States District Judge